THE STATE OF OHIO, APPELLEE, *v.* SCOTT, APPELLANT.

[Cite as *State v. Scott,* 130 Ohio St.3d 260, 2011-Ohio-5343.]

*Cause remanded to the court of appeals for application of* State v. Williams *and* State v. Dunlap.

(No. 2010-1483—Submitted September 21, 2011—Decided October 20, 2011.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 91890, 2010-Ohio-3057.

_____

{¶ 1} The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108, and *State v. Dunlap,* 129 Ohio St.3d 461, 2011-Ohio-4111, 953 N.E.2d 816.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents as to the application of *State v. Williams.*

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Williamson, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John Martin, Assistant Public Defender, for appellant.

_____